IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM DIVERSIFIED DESIGNS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SILK ROSE INC.,<br><br>    Defendant. | Civil Action No.: 1:19-cv-577(NGG)(JO)<br><br>**FED. R. CIV. P. 41(a)(1)(A)(ii)**<br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL** |

COMES NOW Plaintiff and Defendant by and through its counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to a voluntary dismissal with prejudice of all claims against Defendant Silk Rose, Inc. in the above-captioned proceeding.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael M. Steinmetz* | */s/ Sarah A. Pfeiffer* |
| Michael M. Steinmetz | Sarah A. Pfeiffer |
| Garson, Segal, Steinmetz, Fladgate LLP | Meister Seelig & Fein LLP |
| 164 West 25th Street | 125 Park Avenue, 7th Floor |
| Suite 11R | New York, New York 10017 |
| New York, NY 10001 | Tel:    212.655.3500 |
| Tel:    212.380.3623 | Fax:    212.655.3535 |
| Fax:    347.537.4540 | E-mail:    sap@msf-law.com |
| E-mail:    ms@gs2law.com | |
| Attorneys for Defendant Silk Rose, Inc. | Attorneys for Plaintiff Spectrum Diversified Designs, LLC |

0= 1015023\000217\4318286.1